## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

*CASE CLOSED*

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )   **CASE NO. 2:11-cv-00390-PGS-ES** |
| | ) |
| JONAS R. MONJE,<br>    Defendant. | )<br>) |

### JUDGMENT

Plaintiff has requested a default judgment in this case against the Defendant, Jonas R. Monje. The Clerk has entered the Defendant's default in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure. The Court, having examined the pleadings and the record, is of the opinion that the Plaintiff's request is well-founded and should be granted. IT IS, THEREFORE,

ORDERED, ADJUDGED, and DECREED that Plaintiff, HICA EDUCATION LOAN CORPORATION shall be, and hereby is, awarded judgment from and against Defendant, JONAS R. MONJE, for the following:

1. Note No. 1: $23,575.69 (representing $20,692.73 in unpaid principal, accrued, unpaid interest of $2,855.92 and $27.04 in late fees through April 5, 2011), plus prejudgment interest at the rate of $1.34 per day from April 6, 2011 until the date of judgment;

2. Post-judgment interest is awarded on the foregoing sums at the contractual rate set forth in the contract between the parties, which is a variable rate calculated by the

*Judgment*
*Page 1 of 3*

Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus 2.20%, rounding this figure up to the nearest one-eighth of one percent;

3.   Note No. 2: $21,466.17 (representing $19,073.79 in unpaid principal, accrued, unpaid interest of $2,368.14 and $24.24 in late fees through April 5, 2011), plus prejudgment interest at the rate of $1.04 per day from April 6, 2011 until the date of judgment;

4.   Post-judgment interest is awarded on the foregoing sums at the contractual rate set forth in the contract between the parties, which is a variable rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus 1.85%, rounding this figure up to the nearest one-eighth of one percent; and

5.   All costs of court; and

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall have all writs and process necessary to enforce this judgment.

SIGNED and ENTERED this ___30___ day of ~~June~~ November, 2011.

UNITED STATES DISTRICT JUDGE
DISTRICT OF NEW JERSEY